UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON MCCORMICK, an individual; and EAST WIND AG, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, a public entity; JEFFREY ANTHONY VAN WAGENEN, JR., an individual and in his official capacity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, a division of a public entity; SHERIFF CHAD BIANCO, an individual and in his official capacity; JOSE-TRUJILLO VILLASENOR, an individual and in his official capacity; IMPERIAL IRRIGATION DISTRICT, a public entity; JAMIE L. ASBURY, an individual and in her official capacity; and DOES 1 through 150, individually, jointly and severally,<br><br>    Defendant. | Case No. 5:23-cv-02569-SSS-SPx<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING STIPULATION REGARDING PLAINTIFFS' MOTION TO WITHDRAW AND AMEND DEEMED ADMISSIONS** |

The Court, having considered the Parties' Stipulation regarding Plaintiffs' Motion to Withdraw Deemed Admissions (docket no. 52), and finding good cause, **hereby GRANTS the Stipulation and ORDERS as follows:**

1.     On April 22, 2025, Plaintiffs served their portion of a Local Rule 37-2 Joint Stipulation on the Defendants regarding Plaintiffs' intent to withdraw and amend certain deemed admissions.

2.     In opposing the Motion, Defendants shall not assert that the Joint Stipulation did not comply with the time requirements of Local Rule 37-2.

3.     The only deemed admissions that Plaintiffs will move to withdraw and amend are the Requests for Admission identified below:

        a.     Defendant County of Riverside's First Set of Requests for Admissions to Plaintiff East Wind Ag, Nos.  1, 2, 3, 11, 12, 13, 14, 15, 21, 42, 43, 51, 52, and 53.

        b.     Defendant Jose Trujillo Villasenor's First Set of Request for Admissions to Plaintiff Preston McCormick, Nos. 1, 2, 3, 4, 5, 6, 11, 12, 13, 14, 15, 21, 42, 43, 44, 51, 52, and 53.

4.     Plaintiffs shall not seek withdrawal or amendment of any other Requests for Admissions in either Defendant County of Riverside's First Set of Requests for Admissions to Plaintiff East Wind Ag or Defendant Jose Trujillo Villasenor's First Set of Request for Admissions to Plaintiff Preston McCormick. All Requests for Admissions in either Defendant County of Riverside's First Set of Requests for Admissions to Plaintiff East Wind Ag or Defendant Jose Trujillo Villasenor's First Set of Request for Admissions to Plaintiff Preston McCormick, except for those identified in paragraph 3, shall remain deemed admitted.

5.     With respect to the Requests for Admissions identified in paragraphs 3(a) and 3(b), Plaintiffs shall retain the right seek the withdrawal and amendment of those admissions, and Defendants shall retain the right to oppose Plaintiffs' efforts to withdraw those admissions.

6.     Plaintiffs shall revise their portion of the Joint Stipulation to reflect that Plaintiffs only seek withdrawal and amendment of the deemed admissions identified in paragraphs 3(a) and 3(b).  Plaintiffs shall provide their portion of the revised

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4926-4860-0891 v5

2

Case No. 5:23-cv-02569-SSS-SP
[PROPOSED] ORDER

Local Rule 37-2 Joint Stipulation that conforms to this Stipulation to the Defendants by no later than 10:00 a.m. on Sunday, April 27, 2025.

7.    Once Plaintiffs provide their revised Local Rule 37-2 Joint Stipulation to Defendants in conformity with this Stipulation, Defendants shall provide their portion of the Local Rule 37-2 Joint Stipulation together with all supporting declarations and exhibits, and Defendants' written authorization to affix Defendants' electronic signature on the Joint Stipulation on or before April 29, 2025.

**IT IS SO ORDERED.**

DATED:  April 30, 2025

_____
Honorable Sheri Pym
United States Magistrate Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4926-4860-0891 v5

3

Case No. 5:23-cv-02569-SSS-SP
[PROPOSED] ORDER