UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PRESTON MCCORMICK, an individual; and EAST WIND AG, a California corporation,,

                    Plaintiff,

        v.

COUNTY OF RIVERSIDE, a public entity; JEFFREY ANTHONY VAN WAGENEN, JR., an individual and in his official capacity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, a division of a public entity; SHERIFF CHAD BIANCO, an individual and in his official capacity; JOSE-TRUJILLO VILLASENOR, an individual and in his official capacity; IMPERIAL IRRIGATION DISTRICT, a public entity; JAMIE L. ASBURY, an individual and in her official capacity; and DOES 1 through 150, individually, jointly and severally,,

                    Defendant.

Case No. 5:23-cv-02569-SSS-SPx

**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND REMAINING PRETRIAL DATES**

/ / /

/ / /

/ / /

/ / /

/ / /

4925-2117-2634 v1

                                        1

**ORDER**

Pursuant to the Parties' stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the trial date and remaining pretrial dates are continued as follows:

| Remaining Case Deadlines | Current Date | Source of Current Date | Court Ordered New Date |
|---|---|---|---|
| Deadline to file oppositions to motions in limine | March 27, 2026 | Dkt. 77 | July 3, 2026 |
| Trial filings – first round | March 27, 2026 | Dkt. 77 | July 3, 2026 |
| Trial filings – second round | April 10, 2026 | Dkt. 77 | July 17, 2026 |
| Hearing on motions in limine | April 17, 2026 at 2:00 p.m. | Dkt. 77 | July 24, 2026 at 2:00 p.m. |
| Final Pretrial Conference | April 24, 2026 at 1:00 p.m. | Dkt. 77 | July 31, 2026 at 1:00 p.m. |
| Trial | May 11, 2026 at 9:00 a.m. | Dkt. 77 | August 24, 2026 at 9:00 a.m. |

**IT IS SO ORDERED.**

DATED: March 25, 2026

_____
HONORABLE SUNSHINE S. SYKES
United States District Judge

4925-2117-2634 v1

2

Case No. 5:23-cv-02569-SSS-SP
ORDER GRANTING STIPULATION TO
CONTINUE TRIAL DATE AND REMAINING
PRETRIAL DATES