JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Preston McCormick et al., | Case No. EDCV 23-2569 SSS-SPx |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| County of Riverside, et al., | |
| Defendants. | |

Pursuant to the Court's Order granting Defendants' Motion for Summary Judgment, **IT IS HEREBY ORDERED** that judgment is **ENTERED** in favor of Defendants against Plaintiffs.  (JS-6)

**IT IS SO ORDERED.**

Dated: April 14, 2026

The Honorable Sunshine Suzanne Sykes
United States District Judge